UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
| VERSUS | | NO. 09-33 |
| MARY RICKERSON LETELLIER | | SECTION "K" |

### ORDER

Considering the Defendant's Motion for Downward Departure and/or Request for a Variance, accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** insofar as the Court issued a sentence outside of the advisory guidelines system pursuant to 28 U.S.C. § 3553(a), for the reasons stated in open court during the August 5, 2009 sentencing hearing.

New Orleans, Louisiana, this _____ day of May, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE